# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1934
Lower Tribunal No. 2022-CF-013922

_____

MARTIN ENRIQUE COLLANTE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Vincent S. Chiu, Judge.

March 3, 2026

PER CURIAM.

   AFFIRMED.

WOZNIAK, SMITH and BROWNLEE, JJ., concur.


Joseph Flynn, of The Flynn Law Office, P.A., Orlando, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Deborah Chance, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED